### BUCKMASTER v. SMACK.

· Supreme Court. March, 1814.

*Clayton's Notebook, 181.*

JOHNS, C. J.  We cannot meddle with it.  The remedy is in Chancery.

Rule discharged.